# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MICHAEL S. FORTNER                                          Case Number: 07-70935
        316 E. JEFFERSON STREET              SSN-xxx-xx-2267
        ROCKFORD, IL  61107

                                                            Case filed on:      4/19/2007
                                                            Plan Confirmed on:
                                    U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,352.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 002 | CHASE HOME FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHASE HOME FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 2,500.00 | 2,500.00 | 1,914.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,914.00 | 0.00 |
| 006 | CHASE MANHATTAN MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SHADY M. LABIB | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SHADY M. LABIB | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WATERMARK FINANCIAL PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SANDY JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WATERMARK FINANCIAL PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ASTRA BUSINESS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | ASTRA BUSINESS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ILLINOIS DEPARTMENT OF REVENUE | 147.63 | 147.63 | 0.00 | 0.00 |
| 047 | ILLINOIS DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 147.63 | 147.63 | 0.00 | 0.00 |
| 999 | MICHAEL S. FORTNER | 0.00 | 0.00 | 2,304.94 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,304.94 | 0.00 |
| 001 | ELIZABETH REENTS | 1,998.00 | 1,998.00 | 0.00 | 0.00 |
| 003 | FREEMONT INVESTMENT & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHASE HOME FINANCE LLC | 16,037.57 | 16,037.57 | 0.00 | 0.00 |
| 008 | SANDY JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | Z FINANCIAL | 2,407.00 | 0.00 | 0.00 | 0.00 |
| 045 | SANDY JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | CHASE HOME FINANCE | 2,556.85 | 2,556.85 | 0.00 | 0.00 |
|  | Total Secured | 22,999.42 | 20,592.42 | 0.00 | 0.00 |
| 001 | ELIZABETH REENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROCK RIVER WATER RECLAMATION | 1,357.26 | 13.57 | 0.00 | 0.00 |
| 009 | SHADY M. LABIB | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | Z FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ILLINOIS DEPARTMENT OF REVENUE | 525.35 | 5.25 | 0.00 | 0.00 |
| 017 | AAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | AAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ALLIED INTERSTATE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 280.46 | 2.80 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 85.07 | 0.85 | 0.00 | 0.00 |
| 022 | AT&T CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CAPITAL ONE | 493.13 | 4.93 | 0.00 | 0.00 |
| 024 | C.B. ACCOUNTS INC | 498.00 | 4.98 | 0.00 | 0.00 |
| 025 | CB ACCTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COMED CO | 1,138.54 | 11.39 | 0.00 | 0.00 |
| 027 | CRED PROTECTIONS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CREDITORS PROTECTION SERVICE, INC | 203.88 | 2.04 | 0.00 | 0.00 |
| 029 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ECAST SETTLEMENT CORPORATION | 769.22 | 7.69 | 0.00 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 583.71 | 5.84 | 0.00 | 0.00 |
| 033 | ROUNDUP FUNDING LLC | 814.52 | 8.15 | 0.00 | 0.00 |
| 035 | MERCHANTS & PROFESSIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MUTUAL MANAGEMENT SERVICES | 110.00 | 1.10 | 0.00 | 0.00 |
| 037 | NICOR GAS | 2,548.27 | 25.48 | 0.00 | 0.00 |
| 038 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | COLLINS FINANCIAL SERVICES INC | 4,189.38 | 41.89 | 0.00 | 0.00 |
| 041 | PARK DANSAN | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 042 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE AGENCY INC | 616.16 | 6.16 | 0.00 | 0.00 |
| 044 | UNITED CRDT | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | CITIFINANCIAL MORTGAGE COMPANY | 30,811.63 | 308.12 | 0.00 | 0.00 |
| 048 | CHECK IT | 58.88 | 0.59 | 0.00 | 0.00 |
| 049 | CN ACCTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | MCI COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | PARAGON WAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | ROCKF RIVER RECLAMATION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 45,083.46 | 450.83 | 0.00 | 0.00 |
| | Grand Total: | 70,730.51 | 23,690.88 | 4,218.94 | 0.00 |

Total Paid Claimant:       $4,218.94
Trustee Allowance:         $133.06
Percent Paid Unsecured:         0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/09/2008          By  /s/Heather M. Fagan